**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL HAAK, individually and
behalf of all others similarly situated,

          **Plaintiff,**

v.                                                    **Case No.** 8:22-cv-02470-VMC-AEP

Generac Power Systems, Inc.,

          **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. Power Home Solar, LLC v. Generac Power Systems, Inc., United States District Court, Western District of Virginia, Case No. 6:22-cv-00043-NKM
2. Nicole Basler v. Generac Power Systems, Inc., United States District Court, Eastern District of Wisconsin, Case No. 2:22-cv-01386-NJ
3. Oakland County Voluntary Employees' Beneficiary Association v. Generac Holdings Inc., United States District Court, Eastern District of Wisconsin, Case No. 2:22-cv-01436
4. Dustin Moon v. Generac Power Systems, Inc., United States District Court, Northern District of California, Case No. 5:22-cv-09183-SVK
5. John Dillon v. Generac Power Systems, Inc., United States District Court, Eastern District of Wisconsin, Case No. 2:23-cv-00034, *consolidated with Basler v. Generac Power Systems, No. 2:22-cv-01386-NJ*
6. Kathryn Locatell v. Generac Power Systems, Inc., United States District Court, Eastern District of California, Case No. 2:23-cv-00203-TLN-JDP, *awaiting service of the complaint*

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: February 21, 2023

*/s/ Michael J. Gill*
Michael J. Gill, *admitted Pro Hac Vice*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: 312-782-0600
mgill@mayerbrown.com

### Certificate of Service

I hereby certify that on February 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following: Jacob A. Flint at Jacob@jacobflintlaw.com; James J. Rosemergy at Jrosemergy@careydanis.com; and Matthew Lee Baldwin at Matthew@vargasgonzalez.com.

By: */s/ Michael J. Gill*
Michael J. Gill, *admitted Pro Hac Vice*
*Counsel for Defendant Generac Power Systems, Inc*